IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01501-ZLW

CARLO CELANI,

    Plaintiff,

v.

MAYOR ED TAUER (City of Aurora),
CHIEF DANIEL J. OATES (Aurora Police Dept.), and
UNKNOWN NUMBER OF AURORA POLICE OFFICERS,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 03 2009

GREGORY C. LANGHAM
                  CLERK

## ORDER VACATING JUDGMENT

On August 7, 2009, the clerk of the Court entered a Judgment in this action pursuant to an Order of Dismissal filed the same day. However, the Order of Dismissal is not signed. Therefore, the Judgment will be vacated and the clerk of the Court will be directed to reopen this action. Accordingly, it is

ORDERED that the Judgment filed in this action on August 7, 2009, is vacated. It is

FURTHER ORDERED that the clerk of the Court reopen this action and reassign the action to the pro se docket.

DATED at Denver, Colorado, this 2 day of Sept., 2009.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01501-ZLW

Carlo Celani
Prisoner No. 200900010395
Arapahoe County Det. Facility
PO Box 4918
Englewood, CO 80155-4918

I hereby certify that I have mailed **ORDER** to the above-named individuals on 9/3/09.

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk