IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01501-BNB

CARLO CELANI,
      Plaintiff,

v.

MARK EHRLE (Aurora Police Dept.),
ADAM NEUMEYER (Aurora Police Dept.),
JOHN DOE (Aurora Police Dept.),
JOHN DOE (Aurora Police Dept.),
JOHN DOE (Aurora Police Dept.),
JOHN DOE (Aurora Police Dept.),
JOHN DOE (Aurora Police Dept.), and
JOHN DOE (Aurora Police Dept.),
      Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 3 2009

GREGORY C. LANGHAM
CLERK

---

## ORDER DRAWING CASE

---

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED October 23, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 09-cv-01501-BNB

Carlo Celani
Prisoner No. 118037
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

I hereby certify that I have mailed **ORDER** to the above-named individuals on 10/23/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk