IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-01501-PAB

CARLO CELANI,

    Plaintiff,

v.

MARK EHRLE (Aurora Police Dept.),
ADAM NEUMEYER (Aurora Police Dept.),
JOHN DOE (Aurora Police Dept.),
JOHN DOE (Aurora Police Dept.),
JOHN DOE (Aurora Police Dept.),
JOHN DOE (Aurora Police Dept.),
JOHN DOE (Aurora Police Dept.), and
JOHN DOE (Aurora Police Dept.),

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV -4 2009

GREGORY C. LANGHAM
               CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE comes before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915 and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

DATED October 29, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01501-PAB-KLM

Carlo Celani
Prisoner No. 118038
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

US Marshal Service
Service Clerk
Service forms for: Mark Ehrle, and Adam Neumeyer

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Mark Ehrle, and Adam Neumeyer: AMENDED COMPLAINT FILED 10/19/09, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 11/4/09.

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk