IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01501-PAB-KLM

CARLO CELANI,

    Plaintiff,

v.

MARK EHRLE, Aurora Police Dept.,
ADAM NEUMEYER, Aurora Police Dept., and
JOHN DOES 1-5, Aurora Police Dept.,

    Defendants.
_____

## ORDER DISCHARGING ORDER TO SHOW CAUSE
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Court's Order to Show Cause issued to Plaintiff on January 4, 2010 [Docket No. 28]. Plaintiff has responded [Docket No. 31] and complied with the Court's Order by filing a copy of his inmate trust fund statement showing his banking history for September 1, 2009, through December 31, 2009. The statement shows that Plaintiff was without any funds to pay toward his filing fee for the months of September, October, November, and December. Accordingly,

    IT IS HEREBY **ORDERED** that the Order to Show Cause is **DISCHARGED**. Plaintiff is again reminded that by the **15th day** of **each** month, e.g. on February 15, 2010, for the month of January, Plaintiff shall either make the required monthly payment for the previous month or file a certified copy of his inmate trust fund account statement for that month demonstrating that he is not required pursuant to 28 U.S.C. § 1915(b)(2) to make a monthly payment. Furthermore, if payment is made for the preceding month, in order to verify that the appropriate amount is being paid, the plaintiff must file a certified copy of his trust fund account statement for that month. The civil action number should be noted on all payments as well as on any trust fund statements that are filed with the court.

Dated: January 26, 2010

                                                                                      BY THE COURT:
                                                                                      s/ Kristen L. Mix
                                                                                      U.S. Magistrate Judge
                                                                                      Kristen L. Mix