IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01501-PAB-KLM

CARLO CELANI,

     Plaintiff,

v.

MARK EHRLE, Aurora Police Dept.,
ADAM NEUMEYER, Aurora Police Dept., and
JOHN DOES 1-5, Aurora Police Dept.,

     Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Defendants' **Motion for Leave to Depose Plaintiff Carlo Celani** [Docket No. 39; Filed March 16, 2010] (the "Motion").

     Defendants request permission to depose Plaintiff.  Plaintiff is incarcerated in Crowley County Correctional Facility.  Pursuant to Fed. R. Civ. P. 30(a)(2)(B), a party must obtain leave of the Court to take a deposition if the deponent is incarcerated, and the Court must grant leave when such a deposition is consistent with Fed. R. Civ. P. 26(b)(2).  The Court concludes that the deposition is consistent with Rule 26(b)(2).  Accordingly,

     IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Defendants may take the deposition of Plaintiff at Crowley County Correctional Facility.

Dated:  March 22, 2010