IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01501-PAB-KLM

CARLO CELANI,

      Plaintiff,

v.

MARK EHRLE, Aurora Police Dept.,
ADAM NEUMEYER, Aurora Police Dept., and
JOHN DOES 1-5, Aurora Police Dept.,

      Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Plaintiff's **Motion and Affidavit Asking the Court for Stay to Obtain Discovery Pursuant to Rule 56(f)** [Docket No. 43; Filed April 1, 2010] (the "Motion"). Plaintiff requests a "stay in this case" so that he might obtain additional discovery to oppose an unidentified motion for summary judgment. One motion for summary judgment is pending in this matter [Docket No. 26; Filed December 18, 2009]. Plaintiff's request is untimely. In its Order of January 26, 2010 [Docket No. 34], the Court notified the parties that it was treating Defendant Ehrle's Motion to Dismiss as a Motion for Summary Judgment and *sua sponte* extended Plaintiff's deadline for filing his response. Plaintiff filed a response [Docket No. 37; Filed February 12, 2010], in which he made no argument that he had insufficient discovery to oppose Defendant Ehrle's motion. Furthermore, the instant Motion is not accompanied by the necessary affidavit giving "specified reasons" why Plaintiff cannot present facts that are "essential" to his opposition. *See* Fed. R. Civ. P. 56(f). Accordingly,

      IT IS HEREBY **ORDERED** that the Motion is **DENIED**.


Dated: April 5, 2010