IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-01501-PAB-KLM

CARLO CELANI,

    Plaintiff,

v.

ADAM NEUMEYER, Aurora Police Dept.,

    Defendant.

_____

**ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**
_____

This matter comes before the Court pursuant to the trial preparation conference in this matter which was held on July 15, 2011.  Plaintiff, who appears pro se, is an inmate at the Limon Correctional Facility of the Colorado Department of Corrections in Limon, Colorado and requests that he be allowed to attend the trial in this matter.  It is

ORDERED that the Clerk of the Court issue a writ to Tom Clements, Executive Director, Colorado Department of Corrections, and to Angel Medina, Warden, Limon Correctional Facility, requiring Mr. Clements to produce **CARLO CELANI,** Department of Corrections No. 118038, before Judge Philip A. Brimmer of the United States District Court for the District of Colorado, for the proceedings scheduled to begin August 1, 2011, and to hold him at all times in the custody of the Colorado Department of Corrections until the conclusion of the trial, and thereafter to return Mr. Celani to the institution where he is now confined.

DATED July 15, 2011.

                                      BY THE COURT:

                                      s/Philip A. Brimmer
                                      PHILIP A. BRIMMER
                                      United States District Judge