IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-01501-PAB-KLM

CARLO CELANI,

    Plaintiff,

v.

ADAM NEUMEYER, Aurora Police Dept.,

    Defendant.

_____

**ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM**
_____

Upon the Court's request, the Clerk of the Court issued a writ of habeas corpus ad testificandum [Docket No. 91] for plaintiff Carlo Celani, now confined at the Limon Correctional Facility of the Colorado Department of Corrections. The writ required Mr. Celani's attendance on the first day of the trial in this matter on August 1, 2011. That trial has now been continued. Accordingly, it is

**ORDERED** that the Writ of Habeas Corpus Ad Testificandum [Docket No. 91] is **VACATED**.

DATED July 28, 2011.

BY THE COURT:

  s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge