IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-01501-PAB-KLM

CARLO CELANI,

    Plaintiff,

v.

ADAM NEUMEYER,

    Defendant.

_____

**ORDER**
_____

In light of the continuance of the trial in this case, it is

ORDERED that subpoenas served on witnesses to appear and testify at the trial previously scheduled for August 1, 2011 are continued to the new trial date of **January 3, 2012 at 8:00 a.m.**

DATED July 29, 2011.

                                      BY THE COURT:

                                      s/Philip A. Brimmer
                                      PHILIP A. BRIMMER
                                      United States District Judge