**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks	Date: December 16, 2011
Court Reporter: Janet Coppock	Time: 54 minutes

**CASE NO.  09-cv-01501-PAB-KLM**

<u>Parties</u>	<u>Counsel</u>

**CARLO CELANI,**	Joel Cantrick
	Gwen Sandrock

	Plaintiff (s),

vs.

**ADAM NEUMEYER,**	Peter Morales
	Sean Olson

	Defendant (s).

**TRIAL PREPARATION CONFERENCE**

**10:34 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.

Matter set for 3-day jury trial, commencing January 3, 2012 at 8:00 a.m.

Plaintiff's Motion in Limine to Exclude Evidence of Prior Convictions (Doc #115), filed 12/2/11.

Argument by Ms. Sandrock.

Page Two
09-cv-01501-PAB-KLM
December 16, 2011

Argument by Mr. Olson.

Further argument by Ms. Sandrock.

Court states its findings.

**ORDERED:**  Plaintiff's Motion in Limine to Exclude Evidence of Prior Convictions (Doc #115), filed 12/2/11 is **GRANTED in PART and DENIED in PART.**

Court and counsel discuss Judge Brimmer's Practice Standards, including 15 minute opening statements, 15 voir dire by counsel, witnesses and exhibits.

**ORDERED:**  Counsel shall file a stipulated statement of the case by **December 23, 2011.**

**ORDERED:**  Plaintiff's Oral Motion to File Exhibit List is **GRANTED.**

**ORDERED:**  Stipulated jury instructions are due by **5:00 p.m. on December 19, 2011.**

**11:28 a.m    COURT IN RECESS**

**Total in court time:**          54 minutes

**Hearing concluded**