IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01501-PAB-KLM

CARLO CELANI,

    Plaintiff,

v.

ADAM NEUMEYER, Aurora Police Dept., and
JOHN DOE 1-5, Aurora Police Dept.,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Gwenn M. Sandrock and Joel W. Cantrick's Unopposed Motion to Withdraw Appearance** [Docket No. 144; filed January 11, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Attorneys Sandrock and Cantrick are relieved of any further representation of Plaintiff in this case. The Clerk of the Court is instructed to terminate Attorneys Sandrock and Cantrick as counsel of record, and to remove their names from the electronic certificate of mailing.

    Plaintiff will now be proceeding *pro se*, and the Court hereby notifies him that he is under a legal obligation to comply with the Federal Rules of Civil Procedure, the Local Rules in this District, and all orders of this Court. *See Green v. Dorrell*, 969 F.2d 915, 917 (10th Cir. 1992). The Court notes that this matter was closed on January 10, 2012, on entry of Final Judgment following a trial to a jury [#143].

    Dated:  January 11, 2012